AO 91 (Rev. 11/11)  Criminal Complaint

☑ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

12:30 pm, Apr 03 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# UNITED STATES DISTRICT COURT
### for the
### District of Maryland

| | |
|---|---|
| United States of America<br>v.<br><br>ADAM MICHAEL NETTINA<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  23-mj-01123-BAH<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 28, 2023__ in the county of __Howard__ in the
_____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communications with a Threat to Injure |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Keith Murray, Special Agent FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: March 31, 2023

_____
*Judge's signature*

City and state: Baltimore, Maryland

Hon. Brendan A. Hurson, U.S. Magistrate Judge
*Printed name and title*