Exhibits



**THE RANCH**
PENNSYLVANIA

717.478.1616 | 1166 Hilt Rd, Wrightsville, PA 17368
www.recoveryranchpa.com

Re: Adam Nettina

April 7, 2023

To Whom it May Concern,

After discussing Adam Nettina's history and current situation, our Medical and Clinical Directors have approved this admission to move forward. This letter confirms that he has been approved for admission into our residential treatment program at The Ranch of Pennsylvania located on 1166 Hilt Road, Wrightsville, PA 17368. He will be expected to be here for an estimated 30 days, should he be willing, and it be clinically recommended. While here at our treatment program, he will undergo clinical and therapeutic treatment with a focus on substance abuse and mental health, as appropriate. He will also receive therapeutic treatment for any other co-occurring issues. As part of his treatment at The Ranch of Pennsylvania, he will attend individual and group therapy, DBT and CBT therapy, experiential therapies and attend 12 step meetings.

The Ranch of Pennsylvania is accredited by the Joint Commission. If you have any questions, feel free to call me at 877-351-7504. You may also email me at autumn.kim@promises.com

Sincerely,

Autumn Kim
Call Center Group Manager
The Ranch of PA | Promises Behavioral Health

CONFIDENTIALITY NOTICE:

This message is protected under the Federal regulations governing Confidentiality of Alcohol and Drug Abuse Patient Records, 42 C.F.R. Part 2, and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. Pts. 160 & 164 and cannot be disclosed without written consent unless otherwise provided for in the regulations. The Federal rules prohibit any further disclosure of this information unless a written consent is obtained from the person to whom it pertains. The Federal rules restrict any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient. If you are not the intended recipient, please contact the sender by reply e-mail or the phone numbers provided and destroy all copies of the original message.



4/07/2023

Re: Adam Nettina

To the Honorable Court:

On 4/07/2023, Mr. Adam Nettina (dob 12/8/1988) was accepted to enroll in Tranquility Wood's In-Patient International CARF approved Substance Abuse and Dual-Diagnosed Mental Health Treatment Center. After he admits, Adam will be expected to stay over a period of 30 days, which is our minimum length of stay. During that time, he will reside at 171-A Ryan Road, Pasadena, MD, 21122. He will receive 4 individual sessions and 1 family session a week as well as a psychiatric evaluation, and medication management.

If we can help with any further information or questions please reach out through the information below.

Sincerely,

Nick Borowski
Admissions
Tranquility Woods
nick@tranquilitywoods.com

443-221-5300

171A Ryan Rd, Pasadena, MD 21122 | Phone (410) 360-6600 | Fax (410)-255-0450 

April 15, 2023

To Whom It May Concern:

I write to express a character statement about Adam Nettina. I met Adam in Steubenville, OH in 2017 where we were involved in the same community of young adults who did many social things together regularly and have been friends with him since then. Adam has consistently been a very supportive and caring friend to me and I have observed the same non-violent and well-intentioned behavior in him towards others.

I also worked for Adam for one school year at Franciscan University's Marketing and Communications Department. He was a fair, responsible, and respectful boss. We worked closely together on writing material for the university and I always found it easy to collaborate with him. Both my husband and I have hung out and even traveled with Adam numerous times and, again, found him responsible and easy to plan and coordinate with, as well as enjoyable to spend time around, and friendly with us and everyone we met along the way. He has helped me and encouraged me to apply to various programs including academic conferences and helped me work through the difficult decision of transferring graduate schools as well as a few other tough personal decisions. These opportunities have greatly benefited me, and I may not have pursued them in the same ways without his support and caring. I have seen him support many of our friends as well, even in generous financial ways and never asking anything at all in return, but simply doing this out of the goodness of his heart because he had the time, heart, and resources that he could and wanted to share.

Adam and I share many common values which we have discussed at length. Like anyone, Adam can become frustrated and vents at times, but the root of the frustration is precisely that he cares so deeply about people and wants the world to be a better place. To be clear, this includes things like the way people treat each other; it does not to my knowledge include hate against any individual. I have never felt threatened, seen him use any violence, or treat anyone disrespectfully or even talk about having done any of these things in the time I have known him. Rather, he is a very caring man who wants a family and I have only seen him treat people and animals alike with that care. I do know he struggles with anxiety and has had a few difficult things occurring in his personal life lately such as layoffs at his former company and the ending of a long-term relationship that would make things tougher for anyone, but the added difficulties he faces with these situations have not added concern about the good nature of his character. I do not know the particulars, but to my understanding he takes the proper steps to sincerely manage his anxiety the best he can by attending therapy, taking appropriate prescribed medications, talking to trusted loved ones, and employing healthy outlets such as writing poetry and getting outside.

Please consider Adam Nettina's case honestly and justly.


Sincerely,

*Allison M. Jung*

Allison M. Jung

To Whom It May Concern,

My name is Emmanuel Ambrose, a good friend of Adam Nettina. I met Adam at our College, Franciscan University of Steubenville. I forget the exact year I met Adam, but I have known him for quite some time, definitely over 3 years. Adam has always been someone who is never afraid to have a good time and make others feel at ease. Adam in my opinion is honest and trustworthy and follows through on his commitments. He treats everyone with respect and kindness even if he does not necessarily agree with their point of view.

In addition, Adam is very compassionate and will try to put himself in other people's shoes. He and I share a similar experience of going through a tough breakup, and in communicating with him, he showed genuine care and relatability. From what I know of Adam, he is far from being anyone's threat. The only thing that might find Adam as a threat, is a can of beer. Adam is not the type of person who will harm anyone else. He is happy to passionately debate his view points, but has not been violent to anyone.


Sincerely,

Emmanuel Ambrose
Emmanuelmbrs33@gmail.com
347-399-1073

April 18, 2023

To the Honorable Judge (   ),

I am writing on behalf of Adam Nettina. Adam has been a good friend of mine for about four years. I was shocked and dismayed to hear about the events of March 28, 2023. I want the court to know that in my experience, I have not known Adam to be hateful to the LGBTQ community, and have never heard him say anything remotely threatening violence or ill will towards them.

I hope the court will take my testimony into consideration and make a fair decision regarding Adam.

Sincerely,

Victoria Snell