IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM MICHAEL NETTINA,<br><br>Defendant. | CASE NO: GLR-23-134 |

**CONSENT MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT**

The Court has reviewed the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, 18 U.S.C. § 3161. For the reasons set forth in the written pleadings, the Court hereby GRANTS the Government's Consent Motion and makes the following findings this  9th day of May, 2023:

1. Under the Speedy Trial Act, the seventy (70) days in which this case must proceed to trial under 18 U.S.C. § 3161(c)(1) begins to run from the later of the return of the Indictment or the defendant's initial appearance before a judicial officer of this court on the charges set forth in the Indictment which, in this case, was the defendant's initial appearance on February 14, 2022.

2. The Court concludes that, pursuant to 18 U.S.C. § §3161(h)(1)(D), the time from April 19, 2023, through the next status report on **June 1, 2023**, or other prompt disposition of this matter, is excludable under the Speedy Trial Act.

3. The Court further finds that the interest of the defendants and the interests of the public in a trial within the 70 non-excludable days usually set by the Speedy Trial Act are outweighed by the ends of justice served by adequate time to provide discovery in this complex case, to review the discovery, and to work toward any pretrial resolution in this case.

THEREFORE, IT IS HEREBY ORDERED that the requested motion is GRANTED; and it is further ORDERED that for the reasons set forth in the government's motion, all time between

April 19, 2023 and **June 1, 2023**, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161 in this case.

  The Clerk shall provide a copy of the foregoing Order to counsel of record for all parties.

_____
George L. Russell, III
United States District Judge