IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| ADAM MICHAEL NETTINA | * | Criminal No.: GLR-23-134 |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

UNOPPOSED REQUEST FOR POSTPONEMENT OF SENTENCING HEARING

The defendant, Adam Michael Nettina, by and through his attorney, Joseph Murtha, Esquire, and Rice Murtha & Psoras, LLC, respectfully requests that this Honorable Court postpone the sentencing hearing scheduled in the above-captioned matter, and in support thereof states the following:

1. The sentencing hearing in the above-captioned matter is scheduled for Friday, November 3, 2023

2. In preparation for the sentencing of this matter the government obtained access to the recorded calls between Mr. Nettina and family and friends.[1] As a result of accessing those calls the government has provided the Court with excerpts of certain calls.

3. Undersigned counsel, in an effort to effectively represent Mr. Nettina, has requested that the government provide counsel with the recordings of the cited calls, as well as any calls that were listened to by the government. The government has provided counsel with the cited calls, and is in the process of obtaining recordings of all of the calls listened to by

---

[1] Mr. Nettina is detained at the Chesapeake Detention Facility. All calls made by the detainee at that facility, with the exception of calls arranged to not be made on a recorded line, are subject to being recorded.

the government.

4. In light of the government's use of excerpts of calls that are provided to the Court in support of the sentence requested by the government, undersigned counsel believes it is imperative to be permitted to review the calls, and if appropriate, to offer the context of the quotes used from the call, and/or, to be permitted to identify mitigation statements made by Mr. Nettina in the course of his conversations with his parents and friends.

5. Undersigned counsel cannot accomplish a review of the recorded calls, consult with Mr. Nettina, and if appropriate, provide the Court with a supplement to the sentencing memorandum prior to the scheduled sentencing date.

6. Undersigned counsel believes that no harm or prejudice will result from a postponement of the sentencing hearing in this matter. Mr. Nettina is detained at the Chesapeake Detention Facility. .

6. The government, through Paul Budlow, Assistant United States Attorney, has indicated that the government does not oppose the defendant's request.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the request for postponement of the sentencing hearing.

                                              Respectfully submitted,
                                              -s- (Joseph Murtha)
                                              Joseph Murtha
                                              Attorney ID: 9006280182
                                              Rice Murtha & Psoras LLC
                                              1301 York Road, Suite 200
                                              Lutherville, Maryland 21093
                                              (410) 583-6969
                                              jmurtha@ricelawmd.com

                                              Attorney for the Defendant
                                              Adam Michael Nettina

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 31st day of November, 2023, that a copy of the foregoing Unopposed Request for Postponement of Sentencing Hearing was filed through CM/ECF, thereby serving it upon the Office of the United State's Attorney for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201.

                                                        -s- (Joseph Murtha)
                                                        Joseph Murtha