IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No.: GLR-23-134 |
| v. | * | |
| ADAM NETTINA | * | |
| Defendant | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

## SUPPLEMENTAL DOCUMENTS IN SUPPORT OF MITIGATION

Now comes Adam Nettina, Defendant, by and through Joseph Murtha, his attorney, and offers the following supplemental documents in support of mitigation in the sentencing to be conducted in the above-captioned matter. The sentencing in this matter is scheduled for Thursday, January 11, 2024. On or about October 27, 2023, undersigend counsel filed a sentencing memorandum in this matter, and October 30, 2023, undersigned counsel filed a supplement to the sentencing memorandum., The documents attached hereto include the following:

     1.      2 additional letters,and one email, submitted on behalf of Mr. Nettina, but inadvertently not provided with the previously filed sentencing memorandum. ( See Exhibit 11)

     2.      Similarly charged defendants, and the sentences imposed. .

            (See accompanying summary and Exhibits 12-15)

Respectfully submitted,

_____-s- (Joseph Murtha)
Joseph Murtha
Rice Murtha & Psoras, LLC
1301 York Road, Suite 200
Lutherville, Maryland 21093
(410) 583-6969
jmurtha@ricelawmd.com

Attorney for the Defendant
Adam Nettina

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on this 8th day of January, 20241, a copy of the aforegoing Supplemental Documents in Support of Mitigation was filed via EM/ECF and thereby served upon counsel of record from the Office of the United States Attorney for the District of Maryland, 36 S. Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____-s- (Joseph Murtha)
Joseph Murtha

Supplemental Identification of Similarly Charged Defendants
(Accompanied by Relevant Documents)

1. Michael David Fox, 60 years of age, Las Cruces, New Mexico

    One count of interstate transmission of threatening communication

    Threat made on 5/18/23, Sentenced 12/21/23. 1 year and 1 day, $4000 fine, 3 years supervised release.

    (Exhibit 12)

    Voicemail to congresswoman calling her a "tranny and a pedophile" and threatening to "put a bullet" in her face. Fox claimed transgender individuals had infiltrated the government and other institutions and he was part of a movement to "eradicate" those people. Fox said he was not intoxicated and that he was merely making a political argument, idle talk, a joke.

2. Adam Bies, 47 years of age, Mercer, Pennsylvania

    14 counts of interstate threats and influencing or retaliating against a federal officer.

    Threat made 8/11/22, Sentenced 10/5/23 - 2 year period of incarceration.

    Bies was accused of threatening FBI agents after they searched the home of Donald Trump in August, 2022. Bies posted on-line "My only goal is to kill more of them before I drop" and "if you work for the FBI then you deserve to die". Bies used an alias to make his posts on-line. He had a history of making politically charged posts.

    (Exhibit 13)

3. Justin Kuchta, 40 years of age, Annapolis, Maryland

    Threats made 7/18/22 and 7/22. Sentenced 4/27/23 - 4 months and 1 year supervised release

    Kuchta left messages on an event website stating "Thank you for the address!!! I'm coming to murder all of you Satanist F*ckers!!!Especially the chuckie F*cker Zodiak Killer (member of Congress). That fat fake f*cker ass will be the first on the gallows!!! SEE ALL OF YOU F*CKERS REALLY SOON!!!!With my fresh militia weapons!!!!. Kuchta initially denied sending the messages.

    (Exhibit 14)

4. Omar Alkattoul - 19 years of age, Sayresville, New Jersey

1 count of interstate transmission of threatening communication

Threat made on social media o11/1/22. Sentenced 11/14/23 - 15 months

Alkattaoul expressed hatred for Jews and posted on-line "God cursed the Jewish people and should burn gay people." He told investigators he had researched how to buy a gun, shooting ranges and mass shootings dss before posting his threat and was "50/50" on whether he would carry out an attack.

(Exhibit 15)